UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ITHERM TECHNOLOGIES, L.P.,<br>        Plaintiff,<br><br>        v.<br><br>HIGH FREQUENCY POWER, LLC,<br><br>        Defendant. | CASE NO. 2-20-CV-24 |

## **STIPULATION OF DISMISSAL**

Plaintiff ITherm Technologies, L.P. and Defendant High Frequency Power, LLC, hereby STIPULATE AND AGREE that all claims and counterclaims which are, were or could have been asserted by them against each other in this action are hereby **DISMISSED WITH PREJUDICE,** each party to bear its own costs and attorneys' fees.

**PLAINTIFF ITHERM TECHNOLOGIES, L.P.**

Date: May 29, 2020       By: */s/ Stephen D. Ellis*

Stephen D. Ellis, Esq.
**PAUL FRANK + COLLINS P.C.**
One Church Street
Burlington, VT  05402-1307
802-658-2311
sellis@pfclaw.com

**DEFENDANT HIGH FREQUENCY POWER, LLC**

Date: May 29, 2020       By: */s/ Lisa B. Shelkrot*

Lisa B. Shelkrot, Esq.
**LANGROCK SPERRY & WOOL, LLP**
210 College Street, 4th Floor
Burlington, VT  05402-0721
802-864-0217
lshelkrot@langrock.com

7914096_1:09541-00002